**Order entered September 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00691-CV

**SHARAIN KHALIL, Appellant**

**V.**

**ROEEDA KHALIL, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-02664-D**

## ORDER

By letter filed August 17, 2017, court reporter Coral L. Wahlen informed us no party had requested preparation of the reporter's record. That same day, we directed appellant to provide, within ten days, written verification she had requested the record. We cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). To date, however, appellant has not complied.

Because appellant has failed to provide the requested verification, we **ORDER** the appeal submitted without the reporter's record. *See id.* We further **ORDER** appellant to file her brief on the merits no later than October 19, 2017.

/s/     CRAIG STODDART
        JUSTICE